# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

November 7, 2025

<u>VIA ECF</u>
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Carlos Titen*
      **16 Cr. 311 (KMW)**

Dear Judge Wood:

      I represent Carlos Titen, the defendant in the above-referenced matter. A conference on the violation is currently scheduled for November 12, 2025, at 12:00p.m. The purpose of this letter is to respectfully request a brief adjournment of the conference to later in the day on November 12. Counsel has a case on that morning in White Plains and will be unable to travel to Manhattan in time for the 12:00p.m. conference. An adjournment to any time after 2:00p.m. on November 12, 2025, would allow counsel to arrive to the courthouse in Manhattan in time for the appearance. The Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the conference to November 12, 2025, any time after 2:00p.m. The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   All counsel (*via ECF*)

1