# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

November 10, 2025

<u>VIA ECF</u>
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Carlos Titen*
      **16 Cr. 311 (KMW)**

Dear Judge Wood:

I represent Carlos Titen, the defendant in the above-referenced matter. A conference on the violation is currently scheduled for November 12, 2025. The purpose of this letter is to respectfully request an adjournment of the conference. The Government and Probation prefer to appear before this Court, rather than Magistrate Court. Unfortunately, counsel has conflicts on December 3 and December 10, however, all parties are available on December 17, 2025. Accordingly, it is respectfully requested that the Court adjourn the conference to December 17, 2025. The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   All counsel (*via ECF*)