# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 27, 2026

<u>VIA ECF</u>
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

         Re: *United States v. Carlos Titen*
            **16 Cr. 311 (KMW)**

Dear Judge Wood:

  I represent Carlos Titen, the defendant in the above-referenced matter. The purpose of this letter is to update the Court on the status of Mr. Titen's state case, which has been adjourned to March 5, 2026. As a result, we are respectfully requesting that the Court set a date in mid-April for a status update letter. The Government consents to this request. Accordingly, it is respectfully requested that the Court set a date in mid-April for a status update letter. The Court's time and attention to this matter are greatly appreciated.

            Respectfully submitted,

             / s /

            Margaret M. Shalley

cc: All counsel (*via ECF*)
   USPO Larren Riley (*via Email*)

1