USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/26

# MARGARET M. SHALLEY, ESQ.
MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 27, 2026

**MEMO ENDORSED**

VIA ECF
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Carlos Titen*
      **16 Cr. 311 (KMW)**

Dear Judge Wood:

I represent Carlos Titen, the defendant in the above-referenced matter. The purpose of this letter is to update the Court on the status of Mr. Titen's state case, which has been adjourned to March 5, 2026. As a result, we are respectfully requesting that the Court set a date in mid-April for a status update letter. The Government consents to this request. Accordingly, it is respectfully requested that the Court set a date in mid-April for a status update letter. The Court's time and attention to this matter are greatly appreciated.

*A status update letter is due to the Court by April 15, 2026*

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   All counsel (*via ECF*)
      USPO Larren Riley (*via Email*)

SO ORDERED: N.Y., N.Y.  1/28/26

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.