# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/26

April 15, 2026

**MEMO ENDORSED**

**VIA ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Carlos Titen*
       **16 Cr. 311 (KMW)**

Dear Judge Wood:

I represent Carlos Titen, the defendant in the above-referenced matter. The purpose of this letter is to update the Court on the status of Mr. Titen's state case, which has been adjourned to June 25, 2026. The Probation Department has verified the new court date with Maple Township in Delaware. In light of that adjournment, we respectfully request that the Court schedule the next status update letter for a date after June 25, 2026. The Government has no objection to this request. The Court's time and attention to this matter are greatly appreciated.

*Granted*

*A Status letter is due to the Court by July 2, 2026.*

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:    All counsel (*via ECF*)
       USPO Larren Riley (*via Email*)

SO ORDERED:  N.Y., N.Y.  4/16/26

_____
**KIMBA M. WOOD**
**U.S.D.J.**