USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/26

# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

July 2, 2026

**VIA ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:    *United States v. Carlos Titen*
       **16 Cr. 311 (KMW)**

Dear Judge Wood:

I represent Carlos Titen, the defendant in the above-referenced matter. The purpose of this letter is to update the Court on the status of Mr. Titen's state case, which has been adjourned to July 22, 2026. Mr. Titen is currently training to obtain his CDL license and caring for his autistic brother. In light of that adjournment, we respectfully request that the Court schedule the next status update letter for a date in late August 2026. The Government and Probation have no objection to this request. The Court's time and attention to this matter are greatly appreciated.

*The next status letter is due to the Court by August 31, 2026.*

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:    All counsel (*via ECF*)
       USPO Larren Riley (*via Email*)

SO ORDERED:   N.Y., N.Y.  7/6/26

_____
KIMBA M. WOOD
U.S.D.J.