Case 1:16-cr-00311-KMW Document 614 Filed 09/03/26 Page 1 of 1


# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/26

September 1, 2026

**VIA ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

**Re:** ***United States v. Carlos Titen***
**16 Cr. 311 (KMW)**

Dear Judge Wood:

I represent Carlos Titen, the defendant in the above-referenced matter. The purpose of this letter is to respectfully request a one-week adjournment of the date to submit a status letter to the Court. Counsel is away until the end of the week and did not bring Mr. Titen's contact information with me. A one-week adjournment of the due date will allow for counsel to contact Mr. Titen and receive an update on his state case. The Government has no objection to this request and at the time of this writing, we have not heard from Probation as to their position, who may be on vacation as well. Accordingly, it is respectfully requested that the Court adjourn the due date for one week, to the date of September 8, 2026, to update the Court. The Court's time and attention to this matter are greatly appreciated.

Counsel may file a status letter by September 11, 2026.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: All counsel (*via ECF*)
USPO Larren Riley (*via Email*)

SO ORDERED: N.Y., N.Y. 9/3/26

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.