# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com


September 10, 2026

**VIA ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Carlos Titen***
**16 Cr. 311 (KMW)**

Dear Judge Wood:

I represent Carlos Titen, the defendant in the above-referenced matter. The purpose of this letter is to update the Court on the status of Mr. Titen's state case, which was calendared for today without appearances by the clients. No discovery has been turned over yet in that matter and it has been adjourned until October 5. Mr. Titen remains compliant and was recently referred to the probation office's employment specialist after his home health aide opportunity was no longer available. In light of that adjournment, we respectfully request that the Court schedule the next status update letter for a date in November 2026. The Government and Probation have no objection to this request. The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: All counsel (*via ECF*)
USPO Larren Riley (*via Email*)
USPO Stephen Boose (*via Email*)