# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com


November 23, 2026

**VIA ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Carlos Titen***
**16 Cr. 311 (KMW)**

Dear Judge Wood:

I represent Carlos Titen, the defendant in the above-referenced matter. The purpose of this letter is to update the Court on the status of Mr. Titen's state case. He is due back in Court on January 11, 2027. Mr. Titen currently working in construction. In light of that adjournment, we respectfully request that the Court schedule the next status update letter for approximately 60 days to a date in January 2027. The Government and Probation have no objection to this request. The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: All counsel (*via ECF*)
USPO Stephen Boose (*via Email*)